**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THREE RIVERS HYDROPONICS, LLC,   )
                                          )

           Plaintiff,          )    2:15-cv-00809

                                            )

v.                                        )    **ELECTRONICALLY FILED**

                                            )

FLORISTS' MUTUAL INSURANCE        )
COMPANY, and THE HARTFORD          )
STEAM BOILER INSPECTION AND      )
INSURANCE COMPANY,               )

           Defendant.

## ORDER

AND NOW, this 8th day of February, 2018, for the reasons stated in the Court's Opinion in this case, it is hereby ORDERED that:

1. Defendant The Hartford Steam Boiler Inspection and Insurance Company's ("HSB") Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 168, is GRANTED. Counts II, III, and IV of Plaintiff's Amended Complaint are DISMISSED against HSB. Since Count II was only brought against HSB, this Count is dismissed in its entirety.

2. Defendant Florists' Mutual Insurance Company's ("Florists") Motion to Dismiss and Strike Portions of Plaintiff's Amended Complaint, ECF No. 170, is GRANTED in part. Count IV of Plaintiff's Amended Complaint is DISMISSED against Florists. Since there are no remaining Defendants in Count IV, this Count is dismissed in its entirety.

3. Florists Motion to Dismiss and Strike Portions of Plaintiff's Amended Complaint is DENIED in all other respects. Specifically, Florists' requests to strike portions of Plaintiff's Amended Complaint are each denied without prejudice.

4. All dismissals by this Order are with prejudice, the Court concluding that the involved pleadings cannot be cured by amendment.

5. Therefore, remaining in the Amended Complaint is Count I, breach of contract against Florists, and Count III, bad faith against Florists.

6. Florists shall file its Answer to the Amended Complaint on or before March 8, 2018.

Mark R. Hornak
United States District Judge

cc: All counsel of record