# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THREE RIVERS HYDROPONICS, LLC, | |
| Plaintiff, | 2:15-cv-00809 |
| v. | Judge Mark R. Hornak |
| FLORISTS' MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

AND NOW, this 29th day of December 2021, for the reasons stated in the Opinion filed this day, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 274) is DENIED and Defendant's Motion for Summary Judgment (ECF No. 279) is GRANTED in full. Summary judgment is hereby entered in favor of the Defendant and against the Plaintiff.

The Clerk shall close the case.

/s/ Mark R. Hornak_____
Mark R. Hornak
Chief United States District Judge

Dated: December 29, 2021

cc:   All counsel of record