IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Three Rivers Hydroponics, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Florists' Mutual Insurance Company,<br><br>  Defendant. | Civil Action No. 2:15-cv-00809-MRH<br><br>Chief Judge Mark R. Hornak<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Three Rivers Hydroponics, LLC, hereby appeals to the United States Court of Appeals for the Third Circuit from the: Opinion (Doc. 194) and Order (Doc. 195) entered in this action on the 8th day of February 2018, Memorandum Opinion (Doc. 250) and Order (Doc. 251) entered in this action on the 27th day of January 2020, and Opinion (Doc. 298) and Order (Doc. 299) entered in this action on the 29th day of December 2021.

Respectfully submitted,

**BORDAS & BORDAS, PLLC**

BY:  *s/ Tyler J. Smith*
   Tyler J. Smith
   PA ID #74092
   BORDAS & BORDAS, PLLC
   One Gateway Center
   420 Fort Duquesne Blvd.
   18th Floor, West Wing
   Pittsburgh, PA 15222
   Telephone: (412) 502-5000
   Facsimile: (412) 709-6343
   Email: tsmith@bordaslaw.com

   and

**GOLDSMITH & OGRODOWSKI, LLC**

*s/ Frederick B. Goldsmith*
Frederick B. Goldsmith
PA ID #78891
E. Richard Ogrodowski
PA ID # 87464
Goldsmith & Ogrodowski, LLC
247 Fort Pitt Boulevard, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 281-4340
Facsimile: (412) 281-4347
Email: fbg@golawllc.com
Email: ero@golawllc.com
(*Counsel for Plaintiff*)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within **Notice of Appeal** was electronically filed and is available for viewing and downloading from the ECF system and was sent to all counsel of record this 21st day of January, 2022 via electronic service, addressed as follows:

Henry M. Sneath, Esquire
R. Brandon McCullough, Esquire
Houston Harbaugh
Three Gateway Center, 22nd Floor
401 Liberty Avenue
Pittsburgh, PA 15222
sneathhm@hh-law.com
mcculloughb@hh-law.com

Jonathan R. MacBride, Esquire
Zelle Hofmann Voelbel & Mason, LLP
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462
jmacbride@zelle.com

Frederick B. Goldsmith, Esquire
E. Richard Ogrodowski, Esquire
Goldsmith & Ogrodowski, LLC
247 Fort Pitt Boulevard, 5th Floor
Pittsburgh, PA 15222
fbg@golawllc.com
ero@golawllc.com


/s/ *Tyler J. Smith*
Tyler J. Smith, Esquire