UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1140
_____

THREE RIVERS HYDROPONICS, LLC,

                                                       Appellant

v.

FLORISTS' MUTUAL INSURANCE COMPANY and
THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D. C. No. 2-15-cv-00809)
District Judge: Honorable Mark R. Hornak

_____

Submitted under Third Circuit LAR 34.1(a)
on January 12, 2023

Before: JORDAN, PHIPPS and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This case came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on January 12, 2023.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the orders of the District Court, entered December 29, 2021, be and the same is hereby **AFFIRMED**. Costs taxed against Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 29, 2023